**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT MARTIN, IV,** | : | **3:17cv589** |
| **PLAINTIFF** | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **SIMOS, t.d.b.a. SIMOS INSOURCING** | : | |
| **SOLUTIONS,** | : | |
| **DEFENDANT** | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW,** this 30th day May 2017, the defendant's motion to dismiss the plaintiff's complaint (Doc. 3) is hereby **GRANTED.** Plaintiff's complaint is dismissed and the Clerk of Court is directed to close this case.

**BY THE COURT,**


**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**